**Dismissed and Opinion Filed November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00941-CV

### JAYSON HOWARD MOORE, Appellant
### V.
### JAMILA VERNA BOYD, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV15-00331**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

The filing fee and docketing statement in this case are past due. By postcard dated August 6, 2015, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated August 6, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. To date, appellant has not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b), (c).


150941F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAYSON HOWARD MOORE, Appellant

No. 05-15-00941-CV          V.

JAMILA VERNA BOYD, Appellee

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. CV15-00331.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee JAMILA VERNA BOYD recover her costs of this appeal from appellant JAYSON HOWARD MOORE.

Judgment entered November 30, 2015.